## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gamehendge, Inc** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Mellow Mushroom** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0008378** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5660 Old Shell Road** <br> **Mobile, AL 36608** <br> Number, Street, City, State & ZIP Code | **30873 Pine Court** <br> **Spanish Fort, AL 36527** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Mobile** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **mellowmushroom.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2024**
                MM / DD / YYYY

**X** /s/ Kay D Nunnery                          **Kay D Nunnery**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ Barry A Friedman                 Date   **July 22, 2024**
Signature of attorney for debtor                       MM / DD / YYYY

**Barry A Friedman ASB-0497-D55B**
Printed name

**Barry A Friedman & Associates, PC**
Firm name

**Post Office Box 2394**
**Mobile, AL 36652-6652**
Number, Street, City, State & ZIP Code

Contact phone   **251-439-7400**      Email address   **bky@bafmobile.com**

**ASB-0497-D55B AL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Gamehendge, Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**July 22, 2024**__     X **/s/ Kay D Nunnery** _____
                                                 Signature of individual signing on behalf of debtor

                                                 **Kay D Nunnery**
                                                 Printed name

                                                 **President**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gamehendge, Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ALABAMA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Al Crown Distributing 1330 Corp Woods Drive Alabaster, AL 35007** | | **debt** | **Contingent Unliquidated Disputed** | | | **$1,000.00** |
| **Big Charlies 2243 Halls Mills Road Mobile, AL 36606** | | **debt** | **Contingent Unliquidated Disputed** | | | **$150.00** |
| **Budweiser 1050 East Interstate 65 Svc Rd N Mobile, AL 36617** | | **debt** | **Contingent Unliquidated Disputed** | | | **$1,000.00** |
| **City of Mobile Department of Revenue Post Office Drawer 1169 Mobile, AL 36633** | | **sales taxes** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Farmers Insurance Post Office Box 4665 Carol Stream, IL 60197** | | **debt** | **Contingent Unliquidated Disputed** | | | **$1,374.58** |
| **Fish WIndow Cleaning Post Office Box 1454 Daphne, AL 36526** | | **debt** | **Contingent Unliquidated Disputed** | | | **$250.00** |
| **Gulf Distributing 3378 Moffett Road Mobile, AL 36607** | | **debt** | **Unliquidated Disputed Subject to Setoff** | | | **$1,000.00** |
| **Home Integration Teck Post Office Box 2576 Daphne, AL 36526** | | **debt** | **Contingent Unliquidated Disputed** | | | **$525.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jones McLeod 854 Lakeside Drive Mobile, AL 36693** | | **debt** | **Contingent Unliquidated Disputed** | | | **$950.00** |
| **Miller Contracting 2265 Turtle Creek Lane Mobile, AL 36695** | | **debt** | **Contingent Unliquidated Disputed** | | | **$375.00** |
| **Mobile County Revenue Commissioner Post Office Drawer 1169 Mobile, AL 36633** | | **sales taxes** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Nucoz Post Office Box 9011 Stuart, FL 34995** | | **debt** | **Contingent Unliquidated Disputed** | | | **$280.52** |
| **PFB Post Office Box 932478 Atlanta, GA 31193** | | **debt** | **Contingent Unliquidated Disputed** | | | **$11,000.00** |
| **R Carter Post Office Box 902 Mobile, AL 36601** | | **debt** | **Contingent Unliquidated Disputed** | | | **$850.00** |
| **Republic SVC 3720 Varner  Drive Mobile, AL 36693** | | **debt** | **Contingent Unliquidated Disputed** | | | **$250.00** |
| **Servisfirst Bank Post Office Box 1508 Birmingham, AL 35201** | | | **Contingent Unliquidated Disputed** | | | **$292,222.74** |
| **Southern Grease Hauling 2001 W I-65 Service Road N Mobile, AL 36618** | | **debt** | **Contingent Unliquidated Disputed** | | | **$175.00** |
| **State of Alabama 50 North Ripley Street Montgomery, AL 36132** | | **sales tax** | **Contingent Unliquidated Disputed** | | | **$18,844.00** |
| **Trabon Printing Inc 430 E Bannister Road Kansas City, MO 64131** | | **debt** | **Contingent Unliquidated Disputed** | | | **$783.00** |
| **TWC Service Post Office Box 14496 Des Moines, IA 50306** | | **debt** | **Unliquidated Disputed Subject to Setoff** | | | **$6,000.00** |

Debtor name     **Gamehendge, Inc**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF ALABAMA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $     **78,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $     **48,572.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $     **126,572.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **683,490.13**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **28,734.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **318,682.84**

4. **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b      $     **1,030,906.97**

Case 24-11792     Doc 1     Filed 07/22/24     Entered 07/22/24 11:25:40     Desc Main
Document      Page 9 of 44

Fill in this information to identify the case:

Debtor name    **Gamehendge, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$150.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Regions -business** | **checking** | | **$5,000.00** |
| 3.2.   **Regions Banks-Vendor Account** | **checking** | | **$7,500.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**            | **$12,650.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

| Debtor | Gamehendge, Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

<table>
<tr><td colspan="2" style="background:black;color:white">Part 4:</td><td colspan="3"><b>Investments</b></td></tr>
</table>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2" style="background:black;color:white">Part 5:</td><td colspan="3"><b>Inventory, excluding agriculture assets</b></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Bar Glassware Mixed Use (48)  (Various Sized Bar Glasses)** | | $0.00 | | $250.00 |
| | **Dinner Plates (48)  (10" Round White)** | | $0.00 | | $75.00 |
| | **Oval Entree Plates (12) (12" White)** | | $0.00 | | $50.00 |
| | **Oval Appetizer Plates (12) (10" White)** | | $0.00 | | $50.00 |
| | **Large Salad Bowls (8) (12" White)** | | $0.00 | | $30.00 |
| | **Small Salad Bowls (6) (10" White)** | | $0.00 | | $20.00 |
| | **Rarebits (6) (9' Rarebit Boats White)** | | $0.00 | | $75.00 |
| | **Pizza Pie Pans (80) (Aluminum Pizza Pan-Various Sizes** | | $0.00 | | $150.00 |
| | **Silverware (96)  Forks, Knives, Spoons** | | $0.00 | | $75.00 |

| | | | |
|---|---|---|---|
| **Pans 1/6 Pans (24) (Plastic Prep Pans)** | | $0.00 | $35.00 |
| **Pans 1/3 Pans (12) Plastic Prep Pans** | | $0.00 | $30.00 |
| **Pans 1/2 Pans (8) Plastic Prep Pans** | | $0.00 | $27.00 |
| **Lids (24) Plastic Prep Pans** | | $0.00 | $24.00 |
| **Sheet Pans (16) (Aluminum Full Sheet Pans)** | | $0.00 | $45.00 |
| **Utensils (24) (Various Spoons, Ladels and Measuring Cups)** | | $0.00 | $36.00 |
| **Trash Cans (8) (HD Plastic Slim Jim Trash Cans)** | | $0.00 | $85.00 |
| **Liquor -** | | $0.00 | $1,900.00 |
| **Liquor-Beer** | | $0.00 | $1,700.00 |
| **Liquor -Wine** | | $0.00 | $400.00 |
| **food** | | $0.00 | $5,000.00 |

23.   **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.

                                                                           $10,057.00

24.   **Is any of the property listed in Part 5 perishable?**

     ■ No

     ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ■ No

     ☐ Yes. Book value  _____    Valuation method  _____    Current Value  _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | desk and chair | $0.00 | | $250.00 |
| | File cabinet | $0.00 | | $75.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | computer | $0.00 | | $500.00 |
| | printer | $0.00 | | $75.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $900.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Ovens (2) | $0.00 | $3,000.00 |
| 9 booths | $0.00 | $5,000.00 |
| walk in cooler/freezer | $0.00 | $2,000.00 |
| Hotrox DBL Stack Pizza Ovens | $0.00 | $1,000.00 |
| SS Prep Tables (2) | $0.00 | $500.00 |
| 3 Compartment Dish Sink | $0.00 | $750.00 |
| Single Well Vegetable Sink | $0.00 | $350.00 |
| Food WarmingCabinet -Single Glass Door 60" Vertical | $0.00 | $500.00 |
| Merry Chef Dual Function Oven  (Microwave Oven Hybrid) | $0.00 | $650.00 |
| Microwave | $0.00 | $250.00 |
| Lowboy Single Door Cooler (Salad Dressing Cooler 30") | $0.00 | $375.00 |
| Manitowoc Ice Machine (Head Unit and Bin) | $0.00 | $500.00 |
| Pizza Line Make Cooler (SS 3 Door Flip Top Prep Cooler) | $0.00 | $375.00 |
| Salad Line Make Cooler (SS 3 Door Flip Top Prep Cooler) | $0.00 | $375.00 |
| Can Cart (#10 Can Storage Rolling Rack Low Boy Style) | $0.00 | $450.00 |
| 36" Oven/Flat Top Combo (SS 36" Flattop/Oven Combo) | $0.00 | $425.00 |
| Comerical Electric Slicer (10" SS Blade Slicer | $0.00 | $320.00 |

| | | |
|---|---|---|
| **Electric Steam Well (Hot Holding Steam Table Top Steam Well)** | $0.00 | $275.00 |
| **Bar Well Jockey Box (24" Ice Well Jockey Box)** | $0.00 | $125.00 |
| **Glass Rack (SS 24" Glass Rack Holder With Drain)** | $0.00 | $175.00 |
| **Beer Coolers (2) (2 Door Glass Front Beer Coolers)** | $0.00 | $500.00 |
| **Beer Glass Chiller (SS Single Door Glass Front Glass Chiller)** | $0.00 | $350.00 |
| **Liquor Shelving (36"  Wooden Led Lit Liquor Stair Step Shelves)** | $0.00 | $250.00 |
| **3 Compartment Bar Sink** | $0.00 | $275.00 |
| **Stainless Stair Step Liquor Rack (SS 30' 5 Tier Liquor Rack)** | $0.00 | $420.00 |
| **Aloha POS System (4)  (3 FOH Terminals, 1 Back Office Master)** | $0.00 | $1,000.00 |
| **Booth Table Tops (11)** | $0.00 | $850.00 |
| **Bar Stools (18) (Upholstered Seat Cushion Bar Stools)** | $0.00 | $825.00 |
| **High Booth Stools (6) (Upholstered Medium Height Bar Stool)** | $0.00 | $375.00 |
| **Chairs (2) ( Upholstered Seat Cushion Chairs)** | $0.00 | $100.00 |
| **Metal Patio Tables (6) Black Metal 36" Square Mesh Tables** | $0.00 | $500.00 |
| **Metal Patio Chairs (17)  (Black Metal Standard Mesh Chairs)** | $0.00 | $400.00 |
| **Metal Patio Benches (2) (60" Long Metal Patio Benches for Waiting Guests)** | $0.00 | $300.00 |
| **40" TV's (8)  (HD TV)** | $0.00 | $800.00 |

| | | |
|---|---|---|
| __75' TV (HD TV)__ | $0.00 | $400.00 |
| __Shelving (6) (4' Wide Vertical SS Shelving for Cooler/Freezer)__ | $0.00 | $225.00 |

51. __Total of Part 8.__

   Add lines 47 through 50.  Copy the total to line 87.

   | $24,965.00 |
   |---|

52. __Is a depreciation schedule available for any of the property listed in Part 8?__

   ☑ No
   ☐ Yes

53. __Has any of the property listed in Part 8 been appraised by a professional within the last year?__

   ☑ No
   ☐ Yes

## Part 9:    Real property

54. __Does the debtor own or lease any real property?__

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55. __Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest__

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  __5660  Old Shell Road, Mobile, Alabama 36608 and contents__ | Lease | $0.00 | | $78,000.00 |

56. __Total of Part 9.__

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | $78,000.00 |
   |---|

57. __Is a depreciation schedule available for any of the property listed in Part 9?__

   ☑ No
   ☐ Yes

58. __Has any of the property listed in Part 9 been appraised by a professional within the last year?__

   ☑ No
   ☐ Yes

## Part 10:    Intangibles and intellectual property

59. __Does the debtor have any interests in intangibles or intellectual property?__

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| **7% of gross** | **$0.00** | | **Unknown** |

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No

    ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,650.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,057.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,965.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $78,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $48,572.00 | + 91b. $78,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $126,572.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Citizens Bank** | | $49,800.00 | $78,000.00 |
|---|---|---|---|---|

Creditor's Name

**Post Office Drawer  569 Robertsdale, AL 36567**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Citizens Bank
2. North State Bank**

**Describe debtor's property that is subject to a lien**
**non real estate lien of contents located at 5660 Old Shell Road, Mobile, Alabama  36608**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | **North State Bank** | | $633,690.13 | $78,000.00 |
|---|---|---|---|---|

Creditor's Name

**Post Office Box 18367 Raleigh, NC 27619**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**non real estate lien of contents located at 5660 Old Shell Road, Mobile, Alabama  36608**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Case 24-11792    Doc 1    Filed 07/22/24    Entered 07/22/24 11:25:40    Desc Main
Document      Page 19 of 44

| Debtor | **Gamehendge, Inc** | Case number (if known) | |
| | Name | | |

- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$683,490.13**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Debtor name      **Gamehendge, Inc**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF ALABAMA

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** | **Unknown** |
|---|---|---|---|---|

**City of Mobile
Department of Revenue
Post Office Drawer 1169
Mobile, AL 36633**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**sales taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,890.00** | **Unknown** |
|---|---|---|---|---|

**Mobile County Revenue
Commissioner
Post Office Drawer 1169
Mobile, AL 36633**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**sales taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

Case 24-11792   Doc 1   Filed 07/22/24   Entered 07/22/24 11:25:40   Desc Main
51095
Document      Page 21 of 44

| Debtor | **Gamehendge, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,844.00 | $17,041.00 |
|---|---|---|---|---|

**State of Alabama
50 North Ripley Street
Montgomery, AL 36132**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **sales tax** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Al Crown Distributing
1330 Corp Woods Drive
Alabaster, AL 35007**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Big Charlies
2243 Halls Mills Road
Mobile, AL 36606**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Budweiser
1050 East Interstate  65 Svc Rd N
Mobile, AL 36617**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.00 |
|---|---|---|---|

**Cintas
5379 Commerce Blvd East
Mobile, AL 36619**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.00 |
|---|---|---|---|

**Containers
Post Office Box7278
 AL 36678**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95.00 |
|---|---|---|---|

**Cozzini Brothers**
**8430 W Bryn Mawr Ave, Suite 800**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _2024_

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,374.58 |
|---|---|---|---|

**Farmers Insurance**
**Post Office Box 4665**
**Carol Stream, IL 60197**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _2024_

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

**Fish WIndow Cleaning**
**Post Office Box 1454**
**Daphne, AL 36526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _2024_

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Gulf Distributing**
**3378 Moffett Road**
**Mobile, AL 36607**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _2024_

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $525.00 |
|---|---|---|---|

**Home Integration Teck**
**Post Office Box 2576**
**Daphne, AL 36526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _2024_

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $950.00 |
|---|---|---|---|

**Jones McLeod**
**854 Lakeside Drive**
**Mobile, AL 36693**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _2024_

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |
|---|---|---|---|

**MH3**
**303 Glenwood Street**
**Mobile, AL 36606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _2024_

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 24-11792    Doc 1    Filed 07/22/24    Entered 07/22/24 11:25:40    Desc Main
Document      Page 23 of 44

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |

**Miller Contracting**
**2265 Turtle Creek Lane**
**Mobile, AL 36695**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.52 |

**Nucoz**
**Post Office Box 9011**
**Stuart, FL 34995**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |

**PFB**
**Post Office Box 932478**
**Atlanta, GA 31193**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |

**R Carter**
**Post Office Box 902**
**Mobile, AL 36601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Republic SVC**
**3720 Varner  Drive**
**Mobile, AL 36693**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292,222.74 |

**Servisfirst Bank**
**Post Office Box 1508**
**Birmingham, AL 35201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |

**Southern Grease Hauling**
**2001 W I-65 Service Road N**
**Mobile, AL 36618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **Gamehendge, Inc**
           Name

Case number (if known) _____

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $783.00 |
|------|------|------|------|

**Trabon Printing Inc**
**430 E Bannister Road**
**Kansas City, MO 64131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|------|------|------|------|

**TWC Service**
**Post Office Box 14496**
**Des Moines, IA 50306**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ■ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|------|------|------|
| **5a. Total claims from Part 1** | 5a. | $ 28,734.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 318,682.84 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ 347,416.84 |

Fill in this information to identify the case:

Debtor name **Gamehendge, Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **property located at 5660 Old Shell Road, Mobile, Alabama  36608** |
|  State the term remaining |  |
|  List the contract number of any government contract | **Cummings & Associates 1 Houston Street Mobile, AL 36606** |

Fill in this information to identify the case:

Debtor name **Gamehendge, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chad Hicks** | **30873 Pine Court**<br>**Spanish Fort, AL 36527** | **Citizens Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Chad Hicks** | **30873 Pine Court**<br>**Spanish Fort, AL 36527** | **North State Bank** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Chad Hicks** | **30873 Pine Court**<br>**Spanish Fort, AL 36527** | **Servisfirst Bank** | ☐ D _____<br>■ E/F __**3.18**__<br>☐ G _____ |
| 2.4 | **Kay Nunnery** | **30873 Pine Court**<br>**Spanish Fort, AL 36527** | **Citizens Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Kay Nunnery** | **30873 Pine Court**<br>**Spanish Fort, AL 36527** | **North State Bank** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Gamehendge, Inc** | Case number *(if known)* | |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Kay Nunnery** | **30873 Pine Court** <br> **Spanish Fort, AL 36527** | **Servisfirst Bank** | ☐ D _____ <br> ■ E/F  **3.18** <br> ☐ G _____ |

Case 24-11792    Doc 1    Filed 07/22/24    Entered 07/22/24 11:25:40    Desc Main
Document     Page 28 of 44

Fill in this information to identify the case:

Debtor name **Gamehendge, Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ALABAMA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$711,781.01** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$1,847,449.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,542,053.00** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barry A Friedman** | **$1,738 filing fees**<br>**$5,762.00  retainer** | **June, 2024** | **$7,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☐ No.
- ■ Yes. State the nature of the information collected and retained.

  __Credit Card Payments kept in safe by daily batches kept 1yr__

  Does the debtor have a privacy policy about that information?
  - ■ No
  - ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Storage Max | Chad Hicks, General Manager | old batch tickets Inventory purchases | ☐ No  ■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Barlow Tax Consultants** **2278 Butler Springs Lane** **Birmingham, AL 35226** | **4 years** |
| 26a.2. **In house General Manager** | **4 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Barlow Tax Consultants** **2278 Butler Springs Lane** **Birmingham, AL 35226** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Chad Hicks** | **1st day of the month** | |
| Name and address of the person who has possession of inventory records **Chad Hicks** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kay Nunnery** | **30843 Pine Court** **Spanish Fort, AL 36527** | **President** | **51** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chad Hicks** | **30873 Pine Court** **Spanish Fort, AL 36527** | **Vice President** | **49** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Chad Hicks**<br>**30873 Pine Court**<br>**Spanish Fort, AL 36527** | **$2,000.00 Health Insurance**<br>**$1,122.00 Car** | | |
| **Relationship to debtor**<br>**Vice President** | | | |
| 30.2. **Kay Nunnery**<br>**30873 Pine Court**<br>**Spanish Fort, AL 36527** | **Dental $65.00** | | |
| **Relationship to debtor**<br>**President/Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 22, 2024**

**/s/ Kay D Nunnery** _____          **Kay D Nunnery** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Southern District of Alabama

In re  **Gamehendge, Inc** _____     Case No. _____

_____     Chapter  **11**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................  $ _____**5,762.00**

Prior to the filing of this statement I have received ........................  $ _____**5,762.00**

Balance Due ..............................................................................  $ _____**0.00**

2.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■  Debtor   ☐ Other (specify):

4.  ■(  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 22, 2024** _____     **/s/ Barry A Friedman**
_Date_                                      **Barry A Friedman ASB-0497-D55B**
                                            _Signature of Attorney_
                                            **Barry A Friedman & Associates, PC**
                                            **Post Office Box 2394**
                                            **Mobile, AL 36652-6652**
                                            **251-439-7400   Fax: 251-432-2665**
                                            **bky@bafmobile.com**
                                            _Name of law firm_

# United States Bankruptcy Court
## Southern District of Alabama

In re   **Gamehendge, Inc**        Case No. _____

                 Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Chad Hicks**<br>**30873 Pine Court**<br>**Spanish Fort, AL 36527** | | | |
| **Kay Nunnery**<br>**60873 Pine Court**<br>**Spanish Fort, AL 36527** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 22, 2024**             Signature    **/s/ Kay D Nunnery**

                                                       **Kay D Nunnery**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

ALSB LBF 1007 (12/19)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

IN RE:

Debtor(s)   **Gamehendge, Inc**

)   Case No.
)
)   Chapter: **11**
)

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

■ Original
□ Amendment
      □ Adding   □ Deleting

     I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

     I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

     If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below <u>only</u> the number of creditors being added or deleted.

       ____ creditor(s) (or if amended, number of creditors added), as shown on attached list

       ____ creditor(s) to be deleted, as shown on attached list

**/s/ Kay D Nunnery**
_____
Debtor Signature

_____
Joint Debtor Signature

**/s/ Barry A Friedman**
_____
Signature of Attorney

**July 22, 2024**
Date

*[Check if applicable]*
□ Creditors with foreign addresses included

1

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF ALABAMA**

## OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above

Al Crown Distributing
1330 Corp Woods Drive
Alabaster, AL 35007

Big Charlies
2243 Halls Mills Road
Mobile, AL 36606

Budweiser
1050 East Interstate  65 Svc Rd N
Mobile, AL 36617

Chad Hicks
30873 Pine Court
Spanish Fort, AL 36527

Chad Hicks
30873 Pine Court
Spanish Fort, AL 36527

Chad Hicks
30873 Pine Court
Spanish Fort, AL 36527

Cintas
5379 Commerce Blvd East
Mobile, AL 36619

Citizens Bank
Post Office Drawer  569
Robertsdale, AL 36567

City of Mobile
Department of Revenue
Post Office Drawer 1169
Mobile, AL 36633

Containers
Post Office Box7278
AL 36678

Cozzini Brothers
8430 W Bryn Mawr Ave, Suite 800
Chicago, IL 60631

Cummings & Associates
1 Houston Street
Mobile, AL 36606

Farmers Insurance
Post Office Box 4665
Carol Stream, IL 60197

Fish WIndow Cleaning
Post Office Box 1454
Daphne, AL 36526

Gulf Distributing
3378 Moffett Road
Mobile, AL 36607

Home Integration Teck
Post Office Box 2576
Daphne, AL 36526

Jones McLeod
854 Lakeside Drive
Mobile, AL 36693

Kay Nunnery
30873 Pine Court
Spanish Fort, AL 36527

Kay Nunnery
30873 Pine Court
Spanish Fort, AL 36527

Kay Nunnery
30873 Pine Court
Spanish Fort, AL 36527

MH3
303 Glenwood Street
Mobile, AL 36606

Miller Contracting
2265 Turtle Creek Lane
Mobile, AL 36695

Mobile County Revenue Commissioner
Post Office Drawer 1169
Mobile, AL 36633

North State Bank
Post Office Box 18367
Raleigh, NC 27619

Nucoz
Post Office Box 9011
Stuart, FL 34995

PFB
Post Office Box 932478
Atlanta, GA 31193

R Carter
Post Office Box 902
Mobile, AL 36601

Republic SVC
3720 Varner Drive
Mobile, AL 36693

Servisfirst Bank
Post Office Box 1508
Birmingham, AL 35201

Southern Grease Hauling
2001 W I-65 Service Road N
Mobile, AL 36618

State of Alabama
50 North Ripley Street
Montgomery, AL 36132

Trabon Printing Inc
430 E Bannister Road
Kansas City, MO 64131

TWC Service
Post Office Box 14496
Des Moines, IA 50306

# United States Bankruptcy Court
## Southern District of Alabama

In re    **Gamehendge, Inc**

           Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gamehendge, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chad Hicks**
**30873 Pine Court**
**Spanish Fort, AL 36527**

**Kay Nunnery**
**60873 Pine Court**
**Spanish Fort, AL 36527**

☐ None [*Check if applicable*]

**July 22, 2024**

Date

**/s/ Barry A Friedman**

**Barry A Friedman ASB-0497-D55B**

Signature of Attorney or Litigant

Counsel for    **Gamehendge, Inc**

**Barry A Friedman & Associates, PC**
**Post Office Box 2394**
**Mobile, AL 36652-6652**
**251-439-7400 Fax:251-432-2665**
**bky@bafmobile.com**